COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-09-116-CV

IN RE DANIEL HARMON RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot.  We have been informed by the trial court that it ruled on relator’s “motion to compel production of documents” on June 11, 2009.  Accordingly, relator’s petition for writ of mandamus is dismissed as moot.

PER CURIAM

PANEL:  MCCOY, J.; CAYCE, C.J.; and LIVINGSTON, J. 

DELIVERED:  June 19, 2009  

FOOTNOTES
1:
See
 Tex. R. App. P. 
47.4.